# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| KENNETH SMITH, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>**Plaintiff,**<br><br>v.<br><br>NORTH TEXAS MAINTENANCE, INC., A.L. HELM CAMP, INC. and CLINT HEMBY, INDIVIDUALLY,<br><br>**Defendants.** | §§§§§§§§§§§§ CIVIL ACTION NO. 4:17-CV-641<br>JUDGE MAZZANT/JUDGE JOHNSON |

## ORDER OF DISMISSAL

Pending before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Dkt. #42). In the Stipulation of Dismissal, the parties agree to dismissal of this case with prejudice against all remaininbg defendants,[1] all costs to be borne by the party incurring same. *See* Dkt. #42.

Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without court order in one of two ways: (1) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1); or (2) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(ii) by filing "a stipulation of dismissal signed by all parties who have appeared." *Id*. As such, formal court action is not necessary in this case. However, the Court finds that in the interest of efficiency, justice, and maintaining the clarity of the record, an entry of order of dismissal is appropriate.

---

[1] The Court previously granted dismissal of Plaintiff's claims against Clint Hemby without prejudice on June 13, 2018. *See* Dkt. #41.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 30th day of November, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE